**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 100.14.10.248
**Total Works Infringed:** 26  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6DF59AE95BD1E2AB6024A2D806B7ECED96C49471<br>File Hash: 81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 06-16-2021 22:00:49 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 2 | Info Hash: FA4C69825781471C80EE79D41FA5FE8F25ADB724<br>File Hash: DA964521E3615BF7784B8D190BEB2B97353E95509DE2B5385978716E65B9A76F | 06-16-2021 22:00:04 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 3 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 06-16-2021 22:00:03 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 4 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA<br>File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 05-02-2021 06:46:10 | Blacked Raw | 07-26-2019 | 09-10-2019 | PA0002199417 |
| 5 | Info Hash: A6C46908D61E8E6D384E6BABB0BFECCF9985F041<br>File Hash: 628890935FD96F9E560268FB77DB54D8598118D5BEE83F244EDE7E66CBEC9348 | 05-01-2021 15:41:34 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 6 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 05-01-2021 15:41:08 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 7 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 01-19-2021 04:05:24 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 8 | Info Hash: 9DB9FB4B8BA753EE10497303C3D69F176B4FD4F5<br>File Hash: F152CC31826114EB7987779359BBED16B063F703548798F5EA01B02543B2AF2D | 11-28-2020 02:46:47 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 11-28-2020 01:24:36 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 10 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-27-2020 22:30:10 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 11 | Info Hash: DE2A31DEAF7DE642D1A76E3E43D4505CF47F8C04<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 11-27-2020 20:15:00 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 12 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65<br>File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 11-27-2020 19:30:43 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 13 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 11-27-2020 18:59:33 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 14 | Info Hash: 41DF17AA331A3CE75E9CA818EDC75D225D44E4AE<br>File Hash: A5C52D68CAB30DA1E566E7B990744FEB2669056CB56609CEFE131E17C64CA303 | 11-27-2020 18:41:56 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 15 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 11-27-2020 16:23:26 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 16 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 11-27-2020 16:21:04 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 17 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 11-27-2020 16:20:58 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash: 8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 11-27-2020 16:20:49 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 19 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 11-02-2020 12:23:37 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 20 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 11-02-2020 11:31:56 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 21 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 11-02-2020 07:57:18 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 22 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 11-02-2020 00:09:06 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 23 | Info Hash: DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185<br>File Hash: 964466B3B278ACD333BB146B96EC66EB75636A99F0EB13E90C9F5B00131E63E1 | 11-01-2020 23:44:19 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 24 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 11-01-2020 03:38:49 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 25 | Info Hash: AC0797D21F42B3363930AB90674B243D26BE7476<br>File Hash: C2884F21FFD7B585B594DD011A368E02E02754736805E2406DE854596FDB30DB | 10-19-2020 00:43:33 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 26 | Info Hash: 832675DAB93182B2C5E5DA5110D4E3E0660CD182<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 10-19-2020 00:43:22 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |